Henry H. Griesmer v. G. Frederic Collins.— Application denied, with ten dollars costs. Order signed.

Mary Smith v. William A. Parke.— Application denied, with ten dollars costs. Order signed.

Catherine M. Bernadac, as Administratrix, v. Schencke Piano Company.— Motion denied, with ten dollars costs.

Joseph Seeman and Others v. Louis Levine and Others.— Motion granted; question certified.

William B. Keller v. American Bottlers Publishing Company and Others.— Motion denied, with ten dollars costs.

William B. McNiece v. Press Publishing Company.— Motion denied, with ten dollars costs.

The People of the State of New York ex rel. Charlotte Y. Ackerman v. Charles B. Stover and Others.— Motion denied, with ten dollars costs. Settle order on notice.

Edward F. Caldwell and Others v. Henry S. Glazier.— Motion denied, with ten dollars costs.

In the Matter of Henry A. Sayer, an Attorney.— Reference ordered before the official referee. Settle order on notice.

Nellie S. Squires, Appellant, v. Frank S. Bunnell, Respondent, Impleaded with John W. Schroeder and Edward D. Kingsley, Defendants.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Sandford S. Swaim, Appellant, v. Thomas Fahey and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Lina Ettlinger, Respondent, v. Italian Union Realty and Security Company and Others, Appellants, Impleaded with Paul Vitale and Others. (2 cases.)— Orders affirmed, with ten dollars costs and disbursements. No opinion. Laughlin, J., dissenting, and voting for modification; Clarke, J., dissenting, and voting for reversal.

Mary E. McNulty, Respondent, v. Patrick J. McNulty, Appellant.— Order reversed, without costs, and case referred to official referee to take proof and report. No opinion. Settle order on notice.

Pfotenhauer-Nesbit Company, Appellant, v. Raymore Realty Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Max D. Josephson, Respondent, v. Musical Courier Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

George J. Gould and Others, as Executors and Trustees under the Will of Jay Gould, Deceased, Respondents, v. John H. Springer, Appellant.— Judgment and order affirmed, with costs. No opinion.

Joseph Liccione, Respondent, v. Robert J. Collier, Appellant.— Judgment and order affirmed, with costs. No opinion.

Bernat Zicherman, Respondent, v. The Frank Brewery, Appellant.— Judgment and order affirmed, with costs. No opinion.